# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **PATRICK SIMON BRENNAN** | **DOCKET NUMBER:** |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Patrick Simon BRENNAN did:

> **Count 1:** Operate a motor vehicle with a breath alcohol concentration greater than .08 grams, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 9, 2014, in Yosemite National Park, at approximately 1833 hours, Ranger Brendan Bonner and Ranger Bethany Walker were on patrol in the Cooks Meadow area when they observed a white minivan with a green registration tab indicating the registration expires in 2017. Registration tabs that expire in 2017 will not be issued until 2015. Ranger Walker stopped the vehicle at Cooks Meadow.

Ranger Walker contacted the driver, later identified as Patrick Simon BRENNAN, and explained the reason for the stop and asked for BRENNAN's driver's license, and the vehicle registration and insurance. BRENNAN stated he did not have his driver's license on him. During this period Ranger Walker could smell the odor of an alcoholic beverage emanating from within the vehicle. Ranger Walker asked BRENNAN how much he had had to drink. BRENNAN stated he had consumed a 23 ounce beer approximately thirty minutes prior to being contacted by rangers. BRENNAN stated he was driving from Curry Village, where he had been drinking at the Pizza Deck, to Hodgden Meadow Campground, where BRENNAN was staying with friends. BRENNAN stated he had borrowed the vehicle from a friend and did not know about the fraudulent registration.

Speedy Trial Act Applies: **No**                                    U.S. v. Patrick Simon Brennan
                                                                    Criminal Complaint

BRENNAN exited the vehicle and consented to perform field sobriety tests. BRENNAN exhibited six of six clues on the horizontal gaze nystagmus test. BRENNAN provided a preliminary breath test, which showed his BAC to be 0.104%.

BRENNAN was placed under arrest and transported to the Yosemite Holding Facility. BRENNAN provided an evidentiary breath test, which showed his BAC to be 0.12%.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

9/9/2014
Date

Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

9/9/14
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California