**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Patrick Brennan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00100-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO DECEMBER 2, 2014; ORDER THEREON** |
| PATRICK BRENNAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for October 7, 2014, **be continued to December 2, 2014, at 10:00 A.M.**  Defense counsel has a conflict in Fresno on October 7, 2014.

Dated:  October 1, 2014            /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   PATRICK BRENNAN


Dated:  October 1, 2014            /s/ Matthew McNease
                                   MATTHEW McNEASE
                                   Legal Officer
                                   National Park Service

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO DECEMBER 2, 2014

1

**ORDER**

The above STIPULATION TO CONTINUE INITIAL APPEARANCE in CASE NO. 6:14-mj-00100-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 2, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE