**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Patrick Brennan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00100-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 21, 2015; ORDER THEREON** |
| PATRICK BRENNAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for December 2, 2014, **be continued to January 21, 2015, at 10:00 A.M.**  Defense counsel has a conflict in Fresno on December 2, 2014.

Dated:  November 25, 2014          /s/ Carol Ann Moses_____
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   PATRICK BRENNAN

Dated:  November 25, 2014          /s/ Matthew McNease_____
                                   MATTHEW McNEASE
                                   Legal Officer
                                   National Park Service

1

ORDER

2

3

    The above STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY

4

21, 2015 in CASE NO. 6:14-mj-00100-MJS is hereby approved and adopted as the

5

Order of this Court.

6

IT IS SO ORDERED.

7

8

    Dated:   November 25, 2014          /s/ *Michael J. Seng*

9

                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28