1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
4 Facsimile:   (559) 513-8530

5 Attorney for Defendant, PATRICK BRENNAN

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00100-MJS |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | **STIPULATION TO EXTENSION OF PROBATION TO NOVEMBER 18, 2016; ORDER THEREON** |
| 13 | PATRICK BRENNAN, | |
| 14 | Defendant. | |

15

16 **IT IS HEREBY STIPULATED** by and between the Defendant, PATRICK BRENNAN,

17 his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park

18 Service, SUSAN ST. VINCENT, that probation for Mr. Brennan be extended to November 18,

19 2016.  Mr. Brennan is ordered to attend and complete a California Department of Motor Vehicles

20 approved Wet Reckless Class.

21

22 Dated:  April 19, 2016                               /s/ Carol Ann Moses
                                                       CAROL ANN MOSES
23                                                     Attorney for Defendant,
                                                       PATRICK BRENNAN
24

25 Dated:  April 19, 2016                               /s/ Susan St. Vincent
                                                       SUSAN ST. VINCENT
26                                                     Legal Officer
                                                       National Park Service
27

28

STIPULATION TO EXTEND
PROBATION TO NOVEMBER 18, 2016

1

1 ORDER

2 The Court, having reviewed the above request, ORDERS AS FOLLOWS:

3 Probation for Defendant PATRICK BRENNAN shall be extended to November 18, 2016. Mr.

4 Brennan is ordered to attend and complete a California Department of Motor Vehicles approved

5 Wet Reckless Class.

6

7 IT IS SO ORDERED.

8

9 Dated:   April 22, 2016              /s/ *Michael J. Seng*

10                                          UNITED STATES MAGISTRATE JUDGE